**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEESHA WILLIS,<br><br>     Plaintiff,<br><br>v.<br><br>DIRECT ENERGY, LP,<br><br>     Defendant. | Case No. 18-cv-03509<br><br>Honorable Andrea R. Wood<br><br>Honorable M. David Weisman<br>Magistrate Judge |

**NOTICE OF SETTLEMENT**

Plaintiff, KEESHA WILLIS, hereby notifies the Court that Plaintiff and Defendant, DIRECT ENERGY, LP, have reached settlement as to all claim(s), and are in process of completing the settlement agreement and filing the notice of voluntary dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

September 12, 2018                                                            Respectfully submitted,

                                                                                            */s/ Joseph Scott Davidson*

                                                                                            Joseph Scott Davidson
                                                                                            Mohammed Omar Badwan
                                                                                            **SULAIMAN LAW GROUP, LTD.**
                                                                                            2500 South Highland Avenue
                                                                                            Suite 200
                                                                                            Lombard, Illinois 60148
                                                                                            +1 630-575-8181
                                                                                            jdavidson@sulaimanlaw.com
                                                                                            mbadwan@sulaimanlaw.com

                                                                                            *Counsel for Keesha Willis*