# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEESHA WILLIS, <br><br> Plaintiff, <br><br> v. <br><br> DIRECT ENERGY, LP, <br><br> Defendant. | Case No. 18-cv-03509 <br><br> Honorable Andrea R. Wood <br><br> Honorable M. David Weisman <br> Magistrate Judge |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed without prejudice with leave to reinstate on or before November 10, 2018. On November 11, 2018, said dismissal will become with prejudice. The parties agree to bear their own costs and attorneys' fees.

| | |
|---|---|
| Dated: September 26, 2018 | Respectfully submitted, |
| */s/ Joseph S. Davidson* | */s/ William B. Thomas (with consent)* |
| Joseph S. Davidson <br> **SULAIMAN LAW GROUP, LTD.** <br> 2500 South Highland Avenue <br> Suite 200 <br> Lombard, Illinois 60148 <br> +1 630-575-8181 <br> jdavidson@sulaimanlaw.com | William B. Thomas <br> **MCDOWELL HETHERINGTON** <br> 1001 Fannin <br> Suite 2700 <br> Houston, Texas 77002 <br> +1 713-337-5580 <br> william.thomas@mhllp.com |
| *Counsel for Keesha Willis* | *Counsel for Direct Energy, LP* |